# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRANDON C. SCHNEIDER, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 18-2294 (DLF) |
| U.S. DEPARTMENT OF JUSTICE, et al., | : |
| Defendants. | : |

## AFFADAVIT OF SERVICE

I hereby declare that service of the complaint in the above-captioned case has taken place in the following manner:

The United States Department of Justice was served the complaint by first class certified mail, return-receipt requested on October 10, 2018.

Attached to this affidavit is the original receipt concerning service of the complaint on the United States Department of Justice.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated:  October 26, 2018                    Respectfully submitted,

                                                                 /s/
                                            Scott A. Hodes
                                            (D.C. Bar No. 430375)
                                            P.O. Box 42002
                                            Washington, D.C.  20015
                                            Phone (301) 404-0502
                                            Fax (413) 641-2833
                                            infoprivacylaw@yahoo.com

                                            Attorney for Plaintiff

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br>US Department of Justice<br>950 Pennsylvania Ave, NW<br>Washington DC 20530-0001 | D. Is delivery address different from item 1? ☐ Yes ☐ No<br>If YES, enter delivery address below:<br>OCT 10 2018 |
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9402 3995 8079 6467 14 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☐ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Return Receipt for Merchandise<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>7018 0680 0000 9709 0999 | |
| PS Form 3811, July 2015 PSN 7530-02-000-9053 | Domestic Return Receipt |